IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTIM ONE,<br>*By and through Next Friend,*<br><br>    Plaintiff,<br>v.<br><br>MEHLVILLE R-9 SCHOOL DISTRICT,<br>et al.,<br>    Defendants. | Case No.: 4:22-CV-1051 |

**MOTION FOR APPOINTMENT OF NEXT FRIEND**

Comes Now Jane Doe, Petitioner herein, and requests appointment as next friend in the above-styled case. Petitioner is the mother of Victim One.

_____      9-30-2022_____
Jane Doe                                                  Date

**CONSENT TO ACT AS NEXT FRIEND**

I, Victim One, being over the age of fourteen do hereby consent to appointment of Jane Doe (my mother) to act as next friend in the above-styled case.

_____      9/30/2022_____
Victim One                                                 Date