IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTIM ONE, ) | |
| ) | Case: 4:22-CV-1051-AGF |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| MEHLVILLE R-9 SCHOOL DISTRICT, et al., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SETTLEMENT

Comes Now Plaintiff Victim One ("Plaintiff"), by and through counsel, and hereby notifies the Court that Plaintiff has reached a settlement (subject to Court approval) with Defendants Mehlville R-9 School District, Chad Dickemper, Adam Smith, Brian Smith, Shannon Pike, Christopher Gaines, Jeffrey Bresler, Lauren Cumming, and Michael Wheeler. Plaintiff and said Defendants are in the process of preparing the necessary documents to present to the Court.

**THE O'BRIEN LAW FIRM, PC**

BY: /S/ Grant C. Boyd
Thomas L. Stewart #36173
Grant C. Boyd #67362
Adam J. Reynolds #68348
815 Geyer Ave
St. Louis, MO  63104
(314) 588-0558
(314) 588-0634 FAX
stewart@obrienlawfirm.com
boyd@obrienlawfirm.com
reynolds@obrienlawfirm.com