UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| VICTIM ONE, *by and through Next Friend*,<br><br>    Plaintiff,<br><br>v.<br><br>MEHLVILLE R-9 SCHOOL DISTRICT,<br><br>et al.,<br><br>    Defendants. | Case Number: 4:22-CV-1051-AGF |

## MOTION FOR MINOR SETTLEMENT APPROVAL

COMES NOW Plaintiff, by and through her counsel, and moves this Court for approval of a proposed settlement between Minor Plaintiff and Defendants, and in support thereof states as follows:

1. The Parties in this matter have reached a proposed settlement.

2. In that Plaintiff is a minor child, the settlement must be approved by the Court.

3. The monetary amount of the proposed settlement is confidential.

4. The Parties and Next Friend believe the proposed settlement is fair, reasonable, and in the best interests of the Minor Plaintiff.

5. Contemporaneously with this filing, Plaintiff has filed, under seal, a copy of the proposed settlement agreement as well as an Affidavit of the Next Friend in support of the settlement.

WHEREFORE, Plaintiff respectfully moves this Court to approve the Settlement for the Minor Plaintiff and for any further relief this Court deems just and proper.

Respectfully submitted:

**O'BRIEN LAW FIRM, P.C.**

/s/ Grant C. Boyd
Grant C. Boyd #67362
815 Geyer Avenue
St. Louis, MO 63104
(314) 588-0558 (phone)
(314) 588-0634 (fax)
boyd@obrienlawfirm.com

ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing was served upon all counsel of record via the Court's electronic filing system this 18th day of August, 2023.

/s/ Grant C. Boyd
